## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

ALBERT JOE MARTIN (#369015)

CIVIL ACTION

VERSUS

25-741-SDD-RLB

CAPTAIN HARRIS, ET AL.

### RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Richard L. Bourgeois, Jr. dated May 27, 2026, to which no objection has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS ORDERED** that Court declines the exercise of supplemental jurisdiction over any potential state law claims, and this action shall be dismissed, with prejudice, for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

Signed in Baton Rouge, Louisiana, on this 22 day of July, 2026.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 5.